1  Russell A. Robinson, 163937
   Law Office of Russell A. Robinson, APC
2  345 Grove Street
   First Floor
3  San Francisco CA 94102
   TEL:   415.255.0462
4  FAX:   415.431.4526

5  Attorneys for Plaintiffs
   ROBERT F. CASTRO, JR., ANNA MARIA
6  CASTRO, and DOUGLAS RICHEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANE TOLOSKO-PARKER, | ) No. C-06-6841-CRB |
| Plaintiff, | ) No. C-06-6907-CRB |
| v. | ) [Proposed] **ORDER CONTINUING** |
|  | ) **INITIAL CASE MANAGEMENT** |
| COUNTY OF SONOMA, et al., | ) **CONFERENCE** |
|  | ) [Jury Trial Demanded] |
| Defendants. | ) |
| ROBERT F. CASTRO, JR., ANNA MARIA CASTRO, and DOUGLAS RICHEY, | ) |
| Plaintiffs, | ) |
| v. | ) |
| CITY OF SONOMA, et al., | ) |
| Defendants. | ) |

The administrative motion by Plaintiffs Robert F. Castro, Anna Maria Castro, and

Douglas Richey, through counsel of record, having been duly considered by the Court herein,

1  Good cause appearing,

2  It is hereby ordered as follows:

3  The initial case management conference of ~~this matter~~ these related matters is hereby continued to April 20,

4  2007, at 8:30 a.m., before the Honorable Charles R. Breyer. The parties are ordered to file a

5  joint case management conference on or before April 10, 2007.

6  **IT IS SO ORDERED.**

9  Date:  February 13, 2007    _____
10                              Honorable Charles R. Breyer
                                United States District Court, No. Dist. Of Cal.

*Tolosko-Parker, Castro, et al., v. City of Sonoma, et al. (Nos. C-06-6841-CRB & C-06-6907-CRB)*
ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE`

- 2 -