United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANE TOLOSKO-PARKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SONOMA, et al.,<br><br>　　　　Defendants.　　　　　　　／ | No. C 06-06841 CRB<br><br>**ORDER TO SHOW CAUSE** |

Now pending before the Court is the motion of plaintiff's counsel, Geri Lynn Green, to withdraw as counsel for plaintiff. Counsel's request to file her declaration under seal is GRANTED.

Plaintiff is ordered to show cause why the motion of her counsel to withdraw should not be granted. In particular, if new counsel has not substituted in for plaintiff on or before March 8, 2007, plaintiff shall appear at a hearing at 10:00 a.m. on March 9, 2007 in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, to discuss the motion to withdraw. Counsel shall ensure that plaintiff is given notice of this Order.

**IT IS SO ORDERED.**

Dated: February 26, 2007

　　　　　　　　　　　　　　　　　　　　　/s/ CHARLES R. BREYER
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\6841\ordertoshowcause1.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

G:\CRBALL\2006\6841\ordertoshowcause1.wpd 2