1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANE TOLOSKO-PARKER INDIVIDUALLY AND AS THE PERSONAL REPRESENTATIVE FOR MICHAEL STANLEY TOLOSKO,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF SONOMA; SONOMA COUNTY SHERIFF DEPARTMENT; SONOMA COUNTY SHERIFF  BILL COGBILL individually and in his official capacity; SONOMA COUNTY SHERIFF DEPUTIES RICKY BOSTIC, JAMES MAURO; AND JAKE VIVIAN individually and in their official capacities; CITY OF SONOMA;  CITY OF SONOMA POLICE DEPARTMENT; CITY OF SONOMA  POLICE CHIEF PAUL DAY; CITY OF SONOMA POLICE OFFICERS PATRICK SHARP AND TRAVIS KOEPPEL individually and in their official capacities; TASER INTERNATIONAL, INC.; and DOES 1 to 40,<br><br>            Defendants.<br>_____ | Case No. C-06-6841 CRB<br><br>ORDER ALLOWING DOCUMENTS CONCERNING MOTION FOR ADMINISTRATIVE RELIEF/TO WITHDRAW TO BE FILED UNDER SEAL |

ORDER ALLOWING DOCUMENTS CONCERNING MOTION TO WITHDRAW TO BE FILED UNDER SEAL - No. 06-6841 CRB                                                                                                    1

1    Upon review of Plaintiffs' application for filing documents under seal and the documents
2    on file and GOOD CAUSE APPEARING THEREFORE, the Court finds as follows:
3    That Geri Green's Declaration in Support of Administrative Relief be filed under seal.

DATED:  February 26, 2007



_____
United States District Court/Magistrate Judge

ORDER ALLOWING DOCUMENTS CONCERNING MOTION TO WITHDRAW TO BE
FILED UNDER SEAL - No. 06-6841 CRB                                                                                    2