IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANE TOLOSKO-PARKER,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SONOMA, et al.,<br><br>    Defendants.                              / | No. C 06-06841 CRB<br><br>**CONTINUED ORDER TO SHOW CAUSE** |

      Now pending before the Court is the motion of plaintiff's counsel, Geri Lynn Green, to withdraw as counsel for plaintiff. The Court previously ordered plaintiff to show cause why the motion of her counsel to withdraw should not be granted. In particular, the Court stated that if new counsel had not substituted in for plaintiff on or before March 8, 2007, plaintiff should appear at a hearing at 10:00 a.m. on March 9, 2007 to discuss the motion to withdraw.

      New counsel has not substituted in for plaintiff; however, due to a scheduling conflict the Court had to take the March 9, 2007 hearing off calendar. Accordingly, plaintiff shall appear at a hearing at **10:00 a.m. on April 6, 2007 in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco**, to discuss her counsel's motion to withdraw. Plaintiff is warned that her failure to personally appear on April 6 may lead to dismissal of her action for a failure to prosecute.

Counsel shall ensure that plaintiff is given notice of this Order.

**IT IS SO ORDERED.**

Dated: March 28, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\6841\ordertoshowcause2.wpd 2