IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANE TOLOSKO-PARKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SONOMA, et al.,<br><br>　　　　Defendants.　　　　　／ | No. C 06-06841 CRB<br><br>**ORDER** |

Now pending before the Court is the motion of plaintiff's counsel, Geri Lynn Green, to withdraw as counsel for plaintiff. After reviewing counsel's papers and plaintiff's non-objection to the withdrawal, the motion to withdraw is GRANTED.

Plaintiff or her new counsel shall appear for a case management conference at **8:30 a.m. on April 20, 2007 in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco**. Plaintiff is warned that if she does not have new counsel appear on April 20 she must appear herself.

Plaintiff's former counsel shall ensure that plaintiff is given notice of this Order.

**IT IS SO ORDERED.**

Dated: April 6, 2007

　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\6841\orderrewithdraw.frm