1  Russell A. Robinson, 163937
   Law Office of Russell A. Robinson, APC
2  345 Grove Street
   First Floor
3  San Francisco CA 94102
   TEL:   415.255.0462
4  FAX:   415.431.4526

5  Attorneys for Plaintiffs
   ROBERT F. CASTRO, JR., ANNA MARIA
6  CASTRO, and DOUGLAS RICHEY

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 ALANE TOLOSKO-PARKER,            ) No. C-06-6841-CRB
                                    )
12      Plaintiff,                  ) No. C-06-6907-CRB
                                    )
13 v.                               ) **STIPULATION TO FILE AMENDED**
                                    ) **COMPLAINT AND TO RESPOND TO**
14 COUNTY OF SONOMA, et al.,        ) **AMENDED COMPLAINT FILED BY**
                                    ) **PLAINITFFS ROBERT F. CASTRO, JR.,**
15      Defendants.                 ) **ANNA MARIA CASTRO, AND DOUGLAS**
   _____  ) **RICHEY**
16                                  )
   ROBERT F. CASTRO, JR., ANNA MARIA) **[PROPOSED] ORDER**
17 CASTRO, and DOUGLAS RICHEY,      )
                                    ) [Jury Trial Demanded]
18      Plaintiffs,                 )
                                    )
19 v.                               ) Honorable Charles R. Breyer
                                    )
20 CITY OF SONOMA, et al.,          )
                                    )
21      Defendants.                 )
   _____  )
22

23

24 / / /

25

26  *Tolosko-Parker, Castro, et al., v. City of Sonoma, et al. (Nos. C-06-6841-CRB & C-06-6907-CRB)*
    STIPULATION TO FILE AMENDED COMPLAINT AND TO RESPOND TO AMENDED COMPLAINT FILED BY PLAINITFFS ROBERT
    F. CASTRO, JR., ANNA MARIA CASTRO, AND DOUGLAS RICHEY
    [PROPOSED] ORDER

1  COME NOW Plaintiffs Robert F. Castro, Jr., Anna Maria Castro, and Douglas Richey, with Defendants City of Sonoma, Sonoma County Sheriff Bill Cogbill, County of Sonoma, Sonoma County Sheriff Department, Sonoma Chief of Police Paul Day, Sonoma Police Department, Officer Patrick Sharp, Officer Travis Koeppel, Officer Patrick Sharp, Deputy Sheriff Ricky Bostic, Deputy James Munro, and Deputy Jack Vivian, through counsel, to hereby stipulate as follows:

All Defendants named in the Complaint of Plaintiffs Robert F. Castro, Jr., Anna Maria Castro, and Douglas Richey have been served, with initial responses due by these Defendants. Counsel for these parties have met and conferred over the issues presented by the complaint for these specific plaintiffs. This stipulation does not concern that complaint filed by or on behalf of Plaintiff Alane Tolosko-Parker.

The parties hereto have agreed to permit these Plaintiffs to file an amended complaint on or before June 26, 2007, service to be accepted by counsel for Defendants designated below; said Defendants shall respond on or before July 16, 2007.

/ / /

*Tolosko-Parker, Castro, et al., v. City of Sonoma, et al. (Nos. C-06-6841-CRB & C-06-6907-CRB)*
STIPULATION TO FILE AMENDED COMPLAINT AND TO RESPOND TO AMENDED COMPLAINT FILED BY PLAINITFFS ROBERT F. CASTRO, JR., ANNA MARIA CASTRO, AND DOUGLAS RICHEY
[PROPOSED] ORDER

2

1  There have been two prior continuances of the initial case management conference at the
2  request of these parties.

3

4  Date:   June 19, 2007                            /s/ Russell A. Robinson
                                            By:    Russell A. Robinson
5                                           Law Office of Russell A. Robinson, APC
                                            Counsel for Plaintiffs
6                                           ROBERT F. CASTRO, JR., ANNA MARIA
                                            CASTRO, and DOUGLAS RICHEY
7

8

9  Date:   June 19, 2007                            /s/   Bonnie A. Freeman
                                            By:    Bonnie A. Freeman
10                                          Senneff Freeman & Bluestone, LLP
                                            Counsel for Defendants
11                                          CITY OF SONOMA, SONOMA COUNTY SHERIFF
                                            BILL COGBILL, COUNTY OF SONOMA, SONOMA
12                                          COUNTY SHERIFF'S DEPARTMENT, SONOMA
                                            CHIEF OF POLICE PAUL DAY, SONOMA POLICE
13                                          DEPARTMENT, OFFICER PATRICK SHARP, OFFICER
                                            TRAVIS KOEPPEL, OFFICER PATRICK SHARP,
14                                          DEPUTY SHERIFF RICKY BOSTIC, DEPUTY JAMES
                                            MUNRO, and DEPUTY JACK VIVIAN
15

16                                          **ORDER**

17  Good cause appearing, it is hereby ordered as follows:

18  Stipulating Plaintiffs shall file an amended complaint on or before June 26, 2007, serving
19  counsel for these stipulating Defendants. Said Defendants' initial response to the amended
20  complaint shall be filed on or before July 16, 2007.

21  **IT IS SO ORDERED.**

22

23  Date:   June 20 , 2007          _____
                                    Honorable Charles R. Breyer
24                                  United States District Court Judge

25

26  *Tolosko-Parker, Castro, et al., v. City of Sonoma, et al. (Nos. C-06-6841-CRB & C-06-6907-CRB)*
    STIPULATION TO FILE AMENDED COMPLAINT AND TO RESPOND TO AMENDED COMPLAINT FILED BY PLAINITFFS ROBERT
    F. CASTRO, JR., ANNA MARIA CASTRO, AND DOUGLAS RICHEY
    [PROPOSED] ORDER
                                            2

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*