Mildred K. O'Linn, Esq. (State Bar No. 159055)
Timothy J. Kral, Esq. (State Bar No. 200919)
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
mko@mmker.com and tjk@mmker.com

Attorneys for Defendant,
TASER INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALANE TOLOSKO-PARKER, | Case No.: C-06-6841 CRB<br>Case No.: C-06-6907-CRB<br>(Consolidated Cases) |
| Plaintiff, | |
| vs. | |
| COUNTY OF SONOMA, et al., | STIPULATION FOR<br>DISMISSAL AND<br>~~[PROPOSED]~~ ORDER<br>THEREON |
| Defendants. | |
| ROBERT F. CASTRO, JR., and DOUGLAS RICHEY, | |
| Plaintiffs, | |
| vs. | |
| CITY OF SONOMA, COUNTY OF SONOMA, PATRICK SHARP and TRAVIS KOEPPEL, individually, and in official capacities as Police Officers for the CITY OF SONOMA, RICKY BOSTIC, JACK VIVIAN, and JAMES MAURO individually, and in official capacities as Deputy Sheriffs for the COUNTY OF SONOMA, SONOMA POLICE CHIEF PAUL DAY, in his official capacity, SONOMA COUNTY SHERIFF BILL COGBILL, individually, and in his official capacity, and DOES 1-40, | |
| Defendants. | |

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED, by and between plaintiff ALANE TOLOSKO-PARKER and defendant TASER INTERNATIONAL, INC., by and through their respective counsel of record, that defendant TASER INTERNATIONAL, INC. be dismissed with prejudice from this action.

IT IS FURTHER STIPULATED, by and between plaintiff ALANE TOLOSKO-PARKER and defendant TASER INTERNATIONAL, INC. that this dismissal constitutes a general mutual release of all claims and a mutual waiver of all costs, court fees and attorneys' fees arising out of this litigation between these parties.

Dated: November 1, 2007

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By
Mildred K. O'Linn
Timothy J. Kral
Attorneys for Defendant,
TASER INTERNATIONAL, INC.


Dated: ~~November~~ January 4, 2008 ~~2007~~

LAW OFFICES OF EDWIN TRAIN
CALWELL, LLP

By:
Jonathan A. Bornstein, Esq.
Attorneys for Plaintiff,
ALANE TOLOSKO-PARKER

## <u>ORDER</u>

IT IS HEREBY ORDERED that:

Pursuant to the Stipulation re Dismissal between plaintiff ALANE TOLOSKO-PARKER and defendant TASER INTERNATIONAL, INC., all causes of action against defendant TASER INTERNATIONAL, INC. are dismissed with prejudice. Furthermore, plaintiff ALANE TOLOSKO-PARKER and defendant TASER INTERNATIONAL, INC. mutually waive all costs, court fees and attorneys' fees arising out of this litigation involving these parties.

January 8, 2008
Dated: ~~November~~ _____, ~~2007~~



UNITED STATES DISTRICT JUDGE