UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANE TOLOSKO-PARKER, | No. C-06-06841 CRB (JCS) |
| Plaintiff(s), | |
| v. | **ORDER GRANTING MOTION TO COMPEL PRODUCTION OF RECORDS [Docket No. 86]** |
| COUNTY OF SONOMA, ET AL., | |
| Defendant(s). | |
| ROBERT F. CASTRO JR., ET. AL., | No. C-06-06907 CRB (JCS) |
| Plaintiffs, | |
| v. | |
| CITY OF SONOMA, ET. AL., | |
| Defendants, | |

On August 20, 2008, the parties file a Joint Letter Brief re: Motion to Compel the Production of Records (the "Motion").

On August 26, 2008, a telephonic discovery hearing was held. Peter Bumerts, counsel for Plaintiff, appeared. Bonnie Freeman, counsel for Defendants, appeared.

For reasons stated on the record, IT IS HEREBY ORDERED that the Motion is GRANTED. Dorothy Mandel and the Erikson Institute shall produce the documents pursuant to the subpoena issued on June 10, 2008, to counsel for Defendants, no later than **September 5, 2008.**

IT IS SO ORDERED.

Dated: August 26, 2008

JOSEPH C. SPERO
United States Magistrate Judge