United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANE TOLOSKO-PARKER,<br><br>　　　　Plaintiff,<br><br>  v.<br><br>COUNTY OF SONOMA, et al.,<br><br>　　　　Defendants.<br>_____ | No. C 06-06841 CRB<br><br>**JUDGMENT** |
| ROBERT CASTRO, DOUGLAS RICHEY,<br><br>　　　　Plaintiffs,<br><br>  v.<br><br>COUNTY OF SONOMA, et al.,<br><br>　　　　Defendants.<br>_____ | No. C 06-06907 CRB |

　　　　The Court having granted defendants' motion for summary judgment on all claims,

//

//

//

judgment is entered in favor of defendants and against all plaintiffs.

**IT IS SO ORDERED.**



Dated: February 26, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE